IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JUDY MYERS                                                                                   PLAINTIFF

V.                                                                  CIVIL ACTION NO. 4:05cv193 PSL AGN

STATE FARM FIRE AND
CASUALTY INSURANCE COMPANY                                              DEFENDANT

## ORDER OF DISMISSAL

**THIS CIVIL ACTION** came on before the Court on the ore tenus Motion of the parties to dismiss with prejudice the above styled civil action and the Court being advised that the parties had compromised and settled their differences and therefore this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above styled civil action be and the same is hereby dismissed with prejudice with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 23rd day of February 2007.

/S/ TOM S. LEE
U.S. DISTRICT COURT JUDGE

**AGREED AND APPROVED:**

/s/ MARC E. BRAND, Attorney
for Plaintiff

/s/ JEFFREY PIERCE, Attorney
for Defendant